David Wayne WEISS, Plaintiff-Appellant,

v.

STATE of Missouri,
Defendant-Respondent.

No. WD 33528.

Missouri Court of Appeals,
Western District.

Dec. 7, 1982.

Robert S. Drake, Jr., Warsaw, for plaintiff-appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for defendant-respondent.

Before NUGENT, P.J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from denial of motion under Rule 27.26 to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).